1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FREDERICK PAINE,                             )
                                             )
                            Petitioner,      )        Case No. 2:00-cv-01082-GMN-PAL
                                             )
vs.                                          )
                                             )
ATTY GEN CATHERINE MASTO CORTEZ,             )
*et al.,*                                    )
                                             )
                            Respondents.     )
_____)

     **IT IS HEREBY ORDERED** that this action is hereby referred to Chief Judge Jones, for

purposes of reassignment to another district judge and magistrate judge, pursuant to the random draw.

     Dated this 13th day of February, 2012.

_____          _____
Gloria M. Navarro                        Peggy A. Leen
United States District Judge             United States Magistrate Judge