# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK PAINE,<br><br>                Petitioner,<br><br>vs.<br><br>ATTY GEN CATHERINE MASTO CORTEZ, *et al.,*<br><br>                Respondents. | Case No. 2:00-cv-01082-GMN-PAL |

**IT IS HEREBY ORDERED** that this action is hereby referred to Chief Judge Jones, for purposes of reassignment to another district judge and magistrate judge, pursuant to the random draw.

Dated this 13th day of February, 2012.

_____
Gloria M. Navarro
United States District Judge

_____
Peggy A. Leen
United States Magistrate Judge